UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Maria Perez,

            Plaintiff,

–v–

Sixth Avenue Restaurant Management LLC, *et al.*,

           Defendants.

19-cv-9316 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed its Complaint on October 8, 2019. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendant on or before January 6, 2020. As of this date, the Court is not in receipt of proof of service as to Defendant. Accordingly, by January 31, 2020, Plaintiff shall file proof of service on Defendant, a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    SO ORDERED.

Dated: January 24, 2020
         New York, New York

_____
ALISON J. NATHAN
United States District Judge

1