```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Perez,

                Plaintiff,

–v–

Sixth Avenue Restaurant Management LLC, *et al.*,

                Defendants.

19-cv-9316 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Instead, Court will hold the initial pre-trial conference by telephone, at 1:00 p.m. on April 21, 2020. At start of the conference, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 9196964, followed by the pound (#) key. Counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                                    _____
                                                        ALISON J. NATHAN
                                                   United States District Judge