# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4020 Direct
(212) 972-3213 Fax
jacksonlewis.com

Via ECF

October 29, 2020

**MEMO ENDORSED**

Honorable Ona T. Wang, U.S.M.J.
United States District Court, S.D.N.Y
500 Pearl Street
New York, New York 10007

Re: **Perez v. Sixth Avenue Restaurant Management LLC d/b/a L'Amico, et al.
Case No. 19-cv-09316 (AJN)(OTW)**

Dear Magistrate Judge Wang,

We represent Defendants in this case and write jointly with Plaintiff. We are pleased to report the Parties have agreed to a settlement of this case in principle. The Parties request 30 days to finalize written settlement agreement terms and to submit a Fair Labor Standards Act settlement for Court approval. The Parties also request that all interim deadlines be held in abeyance *sine die*, including the deadline for Defendants to file opposition to Plaintiff's motion for conditional certification (DKT 66), which is currently due to be filed by November 13, 2020.

We thank the Court for its consideration.

Respectfully submitted,

S/Douglas J. Klein

Douglas J. Klein
212-545-4020 Direct
Douglas.Klein@jacksonlewis.com
Jackson Lewis P.C.

CC: Honorable Alison J. Nathan, U.S.D.J.
All counsel of record (via ECF)

---

Application granted. Parties to submit settlement materials by **December 1, 2020**. All interim deadlines held in abeyance *sine die*.

The Clerk of Court is directed to close ECF 72 and administratively close ECF 66 as moot.

SO ORDERED.

_____
Ona T. Wang  Oct. 29, 2020
U.S.M.J.